IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 06-138-GMS |
| | ) | |
| YAVOR DELCHEV STOEV, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER TO UNSEAL
INDICTMENT AND FILE**

The United States of America, by and through its undersigned attorney, moves that the

indictment and file in the above-captioned case be unsealed.

COLM F. CONNOLLY
United States Attorney

BY: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 10-23-07

**IT IS SO ORDERED** this 23rd day of Oct , 2007.

_____
HONORABLE GREGORY M. SLEET
United States District Judge

**F I L E D**

OCT 2 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE