AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF ___DELAWARE___

UNITED STATES OF AMERICA
V.
Yavor Delchev STOEV

## WARRANT FOR ARREST

CASE NUMBER: 06- 120M-MPT

~~REDACTED~~  CR 06-138-GMS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Yavor Delchev Stoev___
                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Wire Fraud and Conspiracy

```
FILED
NOV  1  2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

in violation of Title ___18___ United States Code, Section(s) ___1343 and 371___

| Honorable Mary Pat Thynge | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 10/16/06  Wilmington, DE |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ___No Bail___  by ___[signature]___
                                      Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at ___
844 King St, Wilmington DE___

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/16/06 | William Daniel, DUSM | [signature] |
| DATE OF ARREST | | |
| 10/23/07 | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: Yavor Delchev Stoev

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: Bulgaria

DATE OF BIRTH: 1984

SOCIAL SECURITY NUMBER: _____

HEIGHT: 6'    WEIGHT: 160 lbs.

SEX: Male    RACE: White

HAIR: Brown    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____