IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-138-GMS |
| ) | |
| YVOR DELCHEV STOEV, ) | |
| ) | |
| Defendant. ) | |

### ORDER

WHEREAS, the Court has scheduled sentencing for January 24, 2008; and

WHEREAS, the United States has made a request for a continuance;

IT IS ORDERED this 18th day of Jan., 2008, that the sentencing scheduled for January 24, 2008, is continued; and

IT IS FURTHER ORDERED that sentencing is rescheduled to February 26, 2008, at 9:30 am

Honorable Gregory M. Sleet
Chief Judge, United States District Court

FILED

JAN 1 8 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE