IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 06-138-GMS |
| ) | |
| YAVOR DELCHEV STOEV, ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts 1 and 2 of the Indictment, pursuant to the Memorandum of Plea Agreement dated October 23, 2007.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 2-26-08

IT IS SO ORDERED this 4th day of March, 2008.

_____
HONORABLE GREGORY M. SLEET
United States District Court

FILED
MAR - 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE