IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**UNITED STATES OF AMERICA**
    Plaintiff,

V.

                          CRIMINAL ACTION NO. 06-138 GMS

**YAVOR DELCHEV STOEV**
    Defendant,

### ORDER

On November 9, 2006, Stefan Ganchev Stoychev posted $4,000.00 as a condition of bail for the above defendant. On February 26, 2008, the defendant was sentenced to a term of imprisonment. Since the defendant has complied with the conditions of bail and it is no longer necessary for the Court to hold the money,

**IT IS HEREBY ORDERED**, that the Clerk of Court return the $4,000.00, plus accrued interest, to Stefan Ganchev Stoychev.

DATE: April 1, 2008

_____
United States District Judge

**FILED**

APR - 2 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE