OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 APR 10 PM 1:29

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 3, 2008

Stefan Ganchev Stoychev
1607 Eagles Landing
Rehoboth Beach, Delaware 19971

      RE:  U.S.A. v. Yavor Delchev Stoev
           Criminal Action Number 06-138-GMS

Dear Mr. Stoychev:

    Pursuant to the Order entered by the Honorable Gregory M. Sleet dated April 1, 2008, enclosed please find Citizens Bank check number 1030 in the amount of $4,236.63. Said amount represents $4000.00 deposited in the Registry of the United States District Court for the District of Delaware on or about November 9, 2006, plus accrued interest.

    Kindly acknowledge receipt of said check by signing the enclosed copy of this letter and returning same to this office in the envelope provided. We have enclosed a copy of the Order for your records.

                                  Sincerely,

                                  Donna M. Seningen
                                  Financial Administrator

Enclosure
/dms


RECEIPT OF CHECK #1030 ACKNOWLEDGED ON: _April 4th, 2008_

_____
SIGNATURE